IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL EUGENE LONDON,

    Petitioner,               No. CIV S-03-0175 RRB KJM P

    vs.

A.A. LAMARQUE,

    Respondent.             <u>ORDER</u>

                              /

        Petitioner has requested an extension of time to file and serve objections to the January 27, 2006 findings and recommendations.[1]  Good cause appearing, IT IS HEREBY ORDERED that:

/////

/////

/////

/////

/////

---

[1] Petitioner also asks that the court "order the department of corrections, California State Prison-Los Angeles County, to review its policy, and if applicable, grant Inmate London, Security time from his work assignment, so that he may visit the law library during his work hours."  However, petitioner fails to provide anything suggesting he needs more than his allotted access to the law library in order to litigate this matter.

1. Petitioner's February 23, 2006 request for an extension of time is granted; and

2. Petitioner is granted until March 16, 2006 to file objections to the court's January 27, 2006 findings and recommendations.

DATED: March 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
lond0175.111