IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL EUGENE LONDON,

    Petitioner,                    No. CIV S-03-0175 RRB KJM P

    vs.

A.A. LAMARQUE,

    Respondent.                ORDER

_____/

        On July 10, 2006, the court received a notice of appeal with respect to the June 2, 2006 denial of petitioner's application for writ of habeas corpus. Based on the filing date, the notice of appeal is not timely. 28 U.S.C. § 2107(a). Good cause appearing, IT IS HEREBY ORDERED that, within thirty days, petitioner shall submit a declaration indicating when he submitted his notice of appeal to a correctional official for mailing. The declaration must be made under the penalty of perjury.

DATED: September 20, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

1
lond0175.mi