IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL EUGENE LONDON,

        Petitioner,               No. CIV S-03-0175 RRB KJM P

    vs.

A.A. LAMARQUE,

        Respondent.            <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's June 2, 2006 denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

/////

/////

1

    For the reasons set forth in the magistrate judge's January 27, 2006 findings and recommendations, and this court's June 2, 2006 order, petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability should not issue in this action.

    IT IS SO ORDERED.

DATED: October 27, 2006

                     UNITED STATES DISTRICT JUDGE

lond0175.830

2